**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Alfonso Paul Cazares
                Plaintiff,

v.                                              Case No.: 1:21−cv−02887
                                                        Honorable Matthew F. Kennelly

Louis J. Garcia, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 20, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 12/20/2021. Plaintiff's counsel did not appear for the hearing. A telephonic status hearing is set for 3/7/2022 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. The parties are directed to file joint status report that shall include any request to extend discovery by 2/28/2022. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.