## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alfonso Paul Cazares
                        Plaintiff,

v.                                               Case No.: 1:21−cv−02887
                                                        Honorable Matthew F. Kennelly

Louis J. Garcia, et al.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 27, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' August 2021 motion to dismiss [31] the original complaint is terminated as moot based on the subsequent filing of an amended complaint. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.