IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALFONSO PAUL CAZARES, | ) | |
| | ) | Case No. 21 CV 2887 |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | Hon. Mag. Susan E. Cox |
| LOUIS J. GARCIA, MANUEL A. GIRON, | ) | |
| SGT. KEVIN RAKE, UNKNOWN | ) | |
| EMPLOYEES OF THE CITY OF | ) | |
| CHICAGO, and the CITY OF CHICAGO, | ) | |
| | ) | |
| *Defendants*. | | |

**DEFENDANT LOUIS J. GARCIA's UNOPPOSED
MOTION FOR ENTRY OF A STAY ORDER**

NOW COMES the Defendant, LOUIS J. GARCIA, by and through his attorney, Hugh C. O'Donnell of Sanchez Daniels & Hoffman LLP, and for his Unopposed Motion for Extension of a Stay Order, states as follows:

1. On 28 May 2021, Plaintiff Alfonso Paul Cazares, filed his Complaint at Law alleging certain civil rights violations against, *inter alia,* Defendant Louis J. Garcia [hereinafter, "Garcia"]. *Dkt.1*. Plaintiff filed an amended complaint asserting the same civil rights violations. *Dkt.34*. Plaintiff's claims arise from a May 13, 2019 incident wherein Plaintiff was placed under arrest for obstruction of traffic. In the course of his interaction with police, Plaintiff became combative and resisted arrest resulting in force being used to effectuate Plaintiff's arrest and transportation[1]. Plaintiff's amended complaint alleges the following claims as they relate to Defendant Garcia: (Count 1) Excessive Force; (Count II) Unreasonable Denial of Medical Care; (Count III) Conspiracy; and, (Count IV) Failure to Intervene. Defendant Garcia appeared but has

---

[1] Plaintiff objects to the motion's characterization of Plaintiff's actions as combative and resistant.

not submitted an answer to either the complaint or amended complaint. *Dkt.39.*

2. Defendant Garcia was indicted by the State of Illinois in February 2021[2] for purported conduct which directly relates to the facts underlying Plaintiff's complaint. The criminal charges consist of two counts of alleged official misconduct pursuant to 720 ILCS 5/33-3(a)(2). *People v. Garcia,* 21CR0234201. Count 1 asserts that Defendant Garcia, while in his official capacity, committed battery; and, Count II asserts that Defendant Garcia, while in his official capacity, used prohibited use of force. *Id.*

3. On October 20, 2021, this Court entered an Order on Defendant Garcia's Motion staying Defendant Garcia's responsive pleading and discovery responses until February 28, 2022. *See Dkt. # 44*.

4. As of the filing of this motion, the criminal case remains pending with a set trial date of March 30, 2022.

5. For the reasons stated and upon the arguments presented in his prior Motion for a Entry of a Stay Order, the Movant requests that the Stay be extended until April 4, 2022. *See Dkt # 43*.

WHEREFORE, the Defendant **LOUIS J. GARCIA** respectfully requests that this Honorable Court enter an Order in his favor granting the motion, and staying Defendant Garcia from answering complaints, responding to request to admit, responding to requests to produce, answering interrogatories, and sitting for deposition pending the final disposition of the criminal matter; and, for any other relief that this Honorable Court deems just.

---

[2] Indictment 21CR0234201

Respectfully Submitted,

*/s/Hugh C. O'Donnell*
Hugh C. O'Donnell--#6201724
One of the Attorneys for Defendant,
LOUIS J. GARCIA
**SANCHEZ DANIELS & HOFFMAN LLP**
**333 West Wacker Drive, Suite 500**
**Chicago, IL 60606**
**(312) 641-1555**

Hugh C. O'Donnell – 6201724
One of the Attorneys for Defendant,
LOUIS J. GARCIA
**SANCHEZ DANIELS & HOFFMAN LLP**
**333 West Wacker Drive, Suite 500**
**Chicago, IL 60606**
**(312) 641-1555**
hodonnell@sanchezdh.com
FOP-074617

## *CERTIFICATE OF SERVICE*

      I hereby certify that on February 10, 2022, I caused to have electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record and a copy of same will be e-mailed if attorney is a non-participant of the CM/ECF system.

      */s/Hugh C. O'Donnell*