## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alfonso Paul Cazares
                           Plaintiff,

v.                                                  Case No.: 1:21–cv–02887
                                                        Honorable Matthew F. Kennelly

Louis J. Garcia, et al.
                           Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 11, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motion to extend discovery stay regarding defendant Garcia [52] is granted; the previously imposed stay is extended through 4/4/2022. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.